UNITED STATES of America v. Carl Emil Ludwig KREPPER, Appellant.

No. 10109.

United States Court of Appeals
Third Circuit.

Submitted March 7, 1950.

Decided April 20, 1950.

Carl Krepper, pro se.

Alfred E. Modarelli, Edward V. Ryan, Newark, N. J., for respondent.

Before BIGGS, Chief Judge, and HASTIE, Circuit Judge, and LEDERLE, District Judge.

PER CURIAM.

The appellant, Krepper, invoking the provisions of Section 2255 of Title 28, United States Code, the so-called "coram nobis" section, seeks to have the court below vacate judgments of conviction and sentence rendered against him. Krepper's conviction was upheld in an exhaustive opinion filed in this court. See 159 F.2d 958, certiorari denied 330 U.S. 824, 67 S. Ct. 865, 91 L.Ed. 1275. The issues raised by his present application are adequately disposed of in the opinion of the court below. 86 F.Supp. 862.

The grounds upon which Krepper seeks to set aside the judgments do not suggest that he has been denied constitutional rights. We agree with the ruling of the court below that it was unnecessary to conduct a hearing. The order appealed from will be affirmed.

Johnnie E. WILSON, Appellant, v. Leonard TURNER, Sheriff, Leavenworth, Kansas, and John Doe, Agent of the State of Mississippi, Appellees.

No. 3981.

United States Court of Appeals
Tenth Circuit.

April 11, 1950.

Elisha Scott, Topeka, Kan. (Frank W. Clegg, St. Louis, Mo., Homer Davis, Leavenworth, Kan., John Scott, Charles Scott, and Elisha Scott, Jr., Topeka, Kan. on the brief) for appellant.

No appearance for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

The judgment is affirmed on authority of Darr v. Burford, 1950, 70 S.Ct. 587, and Dye v. Johnson, 338 U.S. 864, 70 S.Ct. 146.